THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERRY HAYNES, Appellant. [889 NYS2d 490]—

Upon this Court's independent review of the record, we conclude that nonfrivolous issues exist, including, but not necessarily limited to, issues regarding the seizure of the defendant by the police. Accordingly, assignment of new counsel is warranted (*see People v Stokes*, 95 NY2d 633, 638 [2001]). Rivera, J.P., Dickerson, Hall and Lott, JJ., concur.